

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Andrew Lee Porter, Appellant

No. 06-25-00063-CV          v.

21st Mortgage Corporation, Appellee

Appeal from the 76th District Court of Morris County, Texas (Tr. Ct. No. 27785). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Andrew Lee Porter, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 15, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk